death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 94–7318 (A–711). INGRAM v. THOMAS, WARDEN, 513 U. S. 1167. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for rehearing denied.

APRIL 6, 1995

No. 94–7628. LANE v. NEVADA. Sup. Ct. Nev. Certiorari dismissed under this Court's Rule 46.1.

No. 94–8766 (A–750). MAYS v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE SOUTER would grant the application for stay of execution. JUSTICE BREYER took no part in the consideration or decision of this application.

APRIL 7, 1995

No. A–754. INGRAM v. AULT, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 94–8790 (A–760). INGRAM v. THOMAS, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.